# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| GEORGE DEWAYNE DUNN | CIVIL ACTION NO. 21-0304 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| SERGEANT RENFRO, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff George Dewayne Dunn's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 5th day of April, 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE